THOMAS W. COHN ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE CITY OF NORWALK ET AL.

The plaintiffs' petitions for certification for appeal from the Superior Court in the judicial district of Fairfield at Stamford are denied by the court.

*Edward M. Kweskin,* in support of the petitions.

*Lawrence P. Dennin, Jr., Harry H. Hefferan, Jr.,* and *Thomas A. Keating, Jr.,* deputy corporation counsel, in opposition.

Submitted December 14—decided December 20, 1978

STATE OF CONNECTICUT *v.* JOANNE MASTRANGELO

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Richard L. Shiffrin,* assistant public defender, in support of the petition.

*Robert E. Beach, Jr.,* assistant state's attorney, in opposition.

Submitted December 19, 1978—decided January 2, 1979

LEO BRIGUGLIO ET AL. *v.* LIQUOR CONTROL COMMISSION
OF THE STATE OF CONNECTICUT ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court of the judicial district of Waterbury is denied by the court.

*Eddi Z. Zyko,* in support of the motion.

*Robert F. Vacchelli,* assistant attorney general, in opposition.

Submitted December 26, 1978—decided January 2, 1979